1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
   Chief, Tax Division
4
5  EMILY J. KINGSTON (CSBN 184752)
   Assistant United States Attorney
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7000
       Facsimile: (415) 436-6748
8      Email: emily.kingston@usdoj.gov

9  Attorneys for the Defendants

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  & CAPITAL PARTNERS, L.P.; DAVID C. SOWARD, TMP; LEONARD BOSACK; and SANDY LERNER, aka SANDRA K. LERNER, | Case No. C-01-4740 MJJ |
| 15                Plaintiffs, | |
| 17       v. | |
| 18  UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, by its agency, the INTERNAL REVENUE SERVICE, | |
| 20                Defendants. | |
| 21  LEONARD BOSACK, and SANDRA K. LERNER, | Case No. C-03-4579-MJJ |
| 23                Plaintiffs, | **FURTHER JOINT CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE CMC AND [Proposed] ORDER THEREON** |
| 24       v. | |
| 25  UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, by its agency, the INTERNAL REVENUE SERVICE, | Date: July 12, 2005<br>Time: 1:55 p.m.<br>Place: Via Telephone |
| 27                Defendants. | |

The parties to this consolidated action jointly submit this Further Case Management Statement in anticipation of the July 12, 2005, Case Management Conference, and for the reasons stated below, respectfully request that the Court continue the July 12, 2005, Case Management Conference to October 25, 2005, or such other later date in October or November, 2005, as is convenient for the Court.

### 1. PROCEEDINGS SINCE APRIL 12, 2005, CASE MANAGEMENT CONFERENCE

Since the April 12, 2050, Case Management Conference, the parties have initiated settlement discussions in an effort to fully resolve the issues in these consolidated cases.

### 2. FURTHER ANTICIPATED PROCEEDINGS

The parties are working together in good faith to attempt to resolve these cases through their settlement discussions and are continuing to work together in good faith in the discovery process. In the event that the parties' settlement discussions are unsuccessful, the parties anticipate taking at least two additional depositions on the procedural issues, and the United States will subpoena relevant documents from third party record keepers.

### 3. REQUEST TO CONTINUE STATUS CONFERENCE

The parties are actively involved in settlement discussions. They anticipate that it may take a period of approximately ninety (90) days for a determination as to whether a settlement will be possible. Accordingly, the parties respectfully request that the Court continue the July 12, 2005, Case Management Conference and set a further status conference to occur on October 25, 2005, or such other later date in October or November 2005, as is convenient for the Court. By October 25, 2005, the parties anticipate that they will be able to realistically advise the Court as to whether the cases will be resolved through settlement, and if not capable of resolution, to advise the Court as to the further proceedings necessary in the cases.

This request is not made for the purposes of delay, but rather to conserve the parties and

the Court's resources by eliminating an unnecessary hearing and allowing the parties sufficient time in which to continue their good faith settlement discussions.

Respectfully submitted,

MARTIN A. SCHAINBAUM
A Professional Law Corporation

Dated: *July 6, 2005*     By:   */s/ Martin A. Schainbaum*
Martin A. Schainbaum
Attorneys for the Plaintiffs

KEVIN V. RYAN
United States Attorney

Dated: *July 6, 2005*     By:   */s/ Emily J. Kingston*
EMILY J. KINGSTON
Assistant U.S. Attorney
Attorneys for the United States of America

## ORDER

In light of the parties' request, and for good cause shown,

**IT IS HEREBY ORDERED** that the Case Management Conference currently scheduled for July 12, 2005, at 1:55 p.m. via telephone is continued to November 1, 2005, at 1:55 p.m.

**IT IS SO ORDERED.**

Dated: 7/7/2005                              /s/
THE HONORABLE MARTIN J. JENKINS
United States District Judge