1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division (DCBN 423256)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
5      Telephone: (415) 436-7000
       Facsimile: (415) 436-6748
6  JOSEPH A.SERGI (DCBN 480837)
   Trial Attorney, Tax Division
7  U.S. Department of Justice
   P.O. Box 683
8  Washington, D.C.  20044
       Telephone: (202)305-0868
9      Facsimile:  (202)307-0054

10

                 UNITED STATES DISTRICT COURT
11
               NORTHERN DISTRICT OF CALIFORNIA
12
                   SAN FRANCISCO DIVISION
13

| | |
|---|---|
| 14 & CAPITAL PARTNERS, L.P.; DAVID C. ) SOWARD, TMP; LEONARD BOSACK; ) and SANDY LERNER, aka SANDRA K. ) 15 LERNER, ) ) 16 Plaintiffs, ) ) 17 v. ) ) 18 UNITED STATES OF AMERICA, ) DEPARTMENT OF THE TREASURY, by ) 19 its agency, the INTERNAL REVENUE ) SERVICE, ) 20 ) Defendants. ) 21 ) | Case No. C-01-4740 MJJ |
| 22 LEONARD BOSACK, and SANDRA K. ) LERNER, ) 23 ) Plaintiffs, ) 24 ) v. ) 25 ) UNITED STATES OF AMERICA, ) 26 DEPARTMENT OF THE TREASURY, by ) its agency, the INTERNAL REVENUE ) 27 SERVICE, ) ) 28 Defendants. ) ) | Case No.  C-03-4579-MJJ **FURTHER JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** Date:  November 1, 2005 Time:  2:00 p.m. Place:  Courtroom # 11, 19th Floor |

1    The parties to this consolidated action jointly submit this Further Case Management

2  Statement in anticipation of the November 1, 2005, Case Management Conference, and for the

3  reasons stated below, respectfully request that this Court continue the November 1, 2005 Case

4  Management Conference to February 7, 2006, at 2:00 p.m. via telephone, or such other later date

5  in February 2006 as is convenient for the Court.

6

7
### 1.   PROCEEDINGS SINCE MARCH 30, 2004, CASE MANAGEMENT CONFERENCE

8    Since the March 30, 2004, Case Management Conference, the parties have continued to

9  conduct discovery on the procedural issues involved in this case.  Several depositions have

10  already occurred, and additional relevant documents have been exchanged.

11
### 2.   FURTHER ANTICIPATED PROCEEDINGS

12    This case involves both procedural issues and issues relating to the substance of

13  the underlying transactions.

14    There has been significant discovery on the procedural issues and the parties anticipate

15  further discovery which they believe will be completed by January 31, 2006.  Once discovery is

16  completed on the procedural issues, the parties anticipate briefing such issues and presenting

17  them to the Court.  The remaining discovery will determine whether the parties can present all

18  procedural issues to the Court by cross-motions, or whether one or more of the procedural issues

19  will involve a trial because of disputed facts.

20    To date, there has been no discovery on the substance of the underlying transactions involved

21  in this case.

22    The parties request that the Court set a further status conference to occur on February 7,

23  2006, at 2:00 p.m. by telephone, at which time the parties anticipate that they will be able to

24  realistically set a motions hearing date on the procedural issues.

25  /

26  /

27  /

28

*Further Joint Case Management Statement and ~~Proposed Order~~*
*Further Joint Case Management Statement and ~~Proposed Order~~*

Case Nos. C-01-4740 MJJ and C-03-4579-MJJ

1    In light of the ongoing discovery regarding the procedural issues, this case is not currently

2  in the posture for assignment to an ADR process, nor is it ripe for trial setting.

3                                              Respectfully submitted,

4                                              MARTIN A. SCHAINBAUM
                                               A Professional Law Corporation
5

6  Dated: _October 20, 2005_        By:      ___/s Martin Schainbaum___
                                               Martin A. Schainbaum
7
                                               Attorneys for the Plaintiffs
8

9                                              KEVIN V. RYAN
                                               United States Attorney
10

11  Dated: _October 20, 2005_        By:      _/s/ Cynthia Stier___
                                               CYNTHIA STIER
12                                             Assistant U.S. Attorney

13                                             Attorneys for the United States of America

14

15
                                    **ORDER**
16
        In light of the parties' request, and for good cause shown,
17
        **IT IS HEREBY ORDERED** that the Case Management Conference currently scheduled
18                                                          1:45
    for November 1, 2005, at 2:00 p.m., is continued to February 7, 2006, at ~~2:00~~ p.m. via telephone.
19

20
        **IT IS SO ORDERED.**
21

22
    Dated: 10/21/2005
23                                             THE HONORABLE MARTIN J. JENKINS
                                               United States District Judge
24

25

26

27

28
    *Further Joint Case Management Statement and ~~Proposed Order~~*
    *Further Joint Case Management Statement and ~~Proposed Order~~*

    Case Nos. C-01-4740 MJJ and C-03-4579-MJJ