| | |
|---|---|
| PAUL J. SAX (CSBN #43980) | KEVIN V. RYAN (CSBN #118321) |
| GEORGE A. YUHAS (CSBN #78678) | United States Attorney |
| MICHAEL A. BECKIUS (CSBN #118967) | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | JAY R. WEILL (CSBN #75434) |
| The Orrick Building | Assistant United States Attorney |
| 405 Howard Street | Chief, Tax Division |
| San Francisco, CA 94105-2669 | |
| Tel: 415-773-5700 | JOSEPH A. SERGI (DCBN #480837) |
| Fax: 415-773-5759 | Trial Attorney, Tax Division |
| | U.S. Department of Justice |
| Attorneys for Plaintiffs | P.O. Box 683 |
| LEONARD BOSACK and SANDY LERNER | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: 202-305-0868 |
| MARTIN A. SCHAINBAUM (CSBN #37257) | Fax: 202-307-0054 |
| MARTIN A. SCHAINBAUM, P.C. | |
| 351 California Street, Suite 800 | Attorneys for Defendants. |
| San Francisco, CA 94104 | |
| Tel: 415-777-1040 | |
| Fax: 415-981-1065 | |

Attorneys for Plaintiffs
& CAPITAL PARTNERS, L.P. and DAVID C. SOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| & CAPITAL PARTNERS, L.P.; DAVID C. SOWARD, TMP; LEONARD BOSACK and SANDY LERNER, aka SANDRA K. LERNER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, by its agency, the INTERNAL REVENUE SERVICE,<br><br>Defendants. | Case No. C-01-4740 MJJ |

-1-

US_WEST:260057736.1

STIPULATION TO STAY CASE MANAGEMENT PLAN AND [ ] ORDER;
U.S.D.C. NOS. C 01-4740 MJJ, C 03-4579-MJJ

1940255.1

| | |
|---|---|
| LEONARD BOSACK and SANDRA K. LERNER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, by its agency, the INTERNAL REVENUE SERVICE,<br><br>Defendants. | Case No. C-03-4579 MJJ<br><br>**STIPULATION TO STAY CASE MANAGEMENT PLAN AND [proposed] ORDER** |

Plaintiffs & Capital Partners, L.P., David C. Soward, Leonard Bosack and Sandy Lerner, by and through their attorneys, and Defendants United States of America, Department of the Treasury, by its agency, the Internal Revenue Service (the "Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

WHEREAS, the parties are engaged in settlement discussions and are hopeful of resolving these cases without the necessity of trial;

WHEREAS, the Amended Pretrial Orders signed by the Court on or about February 7, 2006, as amended, set a cutoff date for non-expert discovery of September 26, 2006 and an October 17, 2006 hearing date for dispositive motions;

WHEREAS, all parties to these cases have agreed through counsel that the potential settlement of this case justifies staying non-expert discovery and dispositive motions until after the Settlement Conference on January 18, 2007.

/
/
/
/

-2-

/

IT IS THEREFORE STIPULATED THAT:

Subject to the Court's approval, the case management plan be stayed until January 27, 2007. Should the case not be resolved, the parties will submit a Joint Case Management Plan on or before February 1, 2007.

Dated: September 27, 2006	PAUL J. SAX
	GEORGE A. YUHAS
	MICHAEL A. BECKIUS
	Orrick, Herrington & Sutcliffe, LLP

	By /s Michael A. Beckius
	Michael A. Beckius
	Attorneys for Plaintiffs Leonard Bosack and
	Sandy Lerner

Dated: September 27, 2006	MARTIN A. SCHAINBAUM
	Martin A. Schainbaum, P.C.

	By /s Martin A. Schainbaum
	Martin A. Schainbaum
	Attorneys for Plaintiffs & Capital Partners, L.P.
	and David Soward

Dated: September 27, 2006	KEVIN V. RYAN
	United States Attorney

	By /s Joseph A. Sergi
	Joseph A. Sergi
	Attorneys for Defendant United States of
	America, Department of the Treasury, by its
	agency, the Internal Revenue Service

**IT IS SO ORDERED**:

Dated: October 5, 2006

	/s/ Martin J. Jenkins
	Martin J. Jenkins
	United States District Judge

-3-

US_WEST:260057736.1

STIPULATION TO STAY CASE MANAGEMENT PLAN AND [PROPOSED] ORDER;
U.S.D.C. NOS. C 01-4740 MJJ, C 03-4579-MJJ

1940255.1