|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

& CAPITAL PARTNERS, L.P.;
DAVID C. SOWARD, et al.,

      Plaintiffs,                               No. C-01-04740 MJJ (EDL)

      v.

UNITED STATES OF AMERICA,
DEPARTMENT OF THE TREASURY,

      Defendant.
_____/

LEONARD BOSACK and SANDRA K. LERNER,

                                                  No. C03-4579 MJJ (EDL)

      Plaintiffs,

      v.                                      NOTICE OF CONTINUANCE
                                                  OF SETTLEMENT CONFERENCE

UNITED STATES OF AMERICA,
DEPARTMENT OF THE TREASURY,
_____/

      TO ALL PARTIES AND COUNSEL OF RECORD:

      You are hereby notified that the conference scheduled for January 18, 2007 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California , has been continued until **January 24, 2007 at 9:00 a.m**.

1       On or before January 17, 2007, the parties shall deliver directly to the magistrate judge a
2 Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or
3 served upon parties.  All other provisions of the Court's prior Notice of Settlement Conference and
4 Settlement Conference Order remain in effect.
5       The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles
6 prior to the date set for settlement conference.
7 Dated: January 8, 2007

                                                       _____
8                                                        ELIZABETH D. LAPORTE
                                                       United States Magistrate Judge